```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LINDA SLADE, individually and as the                          :
representative of a class of similarly situated               :      22-CV-6973 (VEC)
persons,                                                       :
                                  Plaintiff,        :      ORDER
              -against-                              :
                                                               :
                                                               :
ICE ROVER, INC.,                                              :
                                                               :
                                  Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 25, 2022, Plaintiff was ordered to file an Amended Complaint not later than September 9, 2022, or the action would be dismissed for lack of standing, Dkt. 5;

       WHEREAS on August 26, 2022, Plaintiff filed an Amended Complaint that adequately, albeit barely, alleges standing, Dkt. 6; and

       WHEREAS on December 21, 2022, Plaintiff notified the Court that the parties have reached an agreement in principle resolving all issues and asked the Court to retain jurisdiction for 45 days while the parties prepare settlement documents, Dkt. 11.

       IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

       IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to amend the case caption to delete "on behalf of himself and all others similarly situated" after the individual Plaintiff's name, as this dismissal is only operative between the individual Plaintiff Linda Slade and Defendant Ice Rover, Inc. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  **December 22, 2022**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**